IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10778
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GLENN CARROLL,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-93-A
- - - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Glenn Carroll has appealed the district court's addition of
120 days to his sentence of confinement upon the revocation of
his probation.  The district court took that action in compliance
with U.S.S.G. § 7B1.3(d), p.s., as a result of Carroll's failure
to serve 120 days of community confinement which had been a
condition of his probation.  See United States v. Pena, 125 F.3d
285 (5th Cir. 1997).  Because Carroll's appeal is frivolous, it
is DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

APPEAL DISMISSED.